**Order entered October 5, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-20-00637-CV

## ROBERT M. MOORE AND REBECCA MOORE, Appellants

## V.

## THE BRIDGES ON TRAVIS, Appellee

---

**On Appeal from the County Court at Law No. 2**
**Grayson County, Texas**
**Trial Court Cause No. 2020-2-072CV**

---

### ORDER

Before the Court is appellants' October 1, 2020 motion for extension of time to file their opening brief and for a copy of the clerk's record. We **GRANT** the motion. We **DIRECT** the Clerk of the Court to send a paper copy of the clerk's record to appellants and **ORDER** appellants to file their opening brief no later than November 20, 2020.

/s/     BILL WHITEHILL
          JUSTICE